1 PHILLIP A. TALBERT
Acting United States Attorney
2 JUSTIN L. LEE
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America

**FILED**
Sep 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>RED IPHONE CONTAINING SIM CARD NUMBER 89148000006373137189, CURRENTLY LOCATED AT the ATF – Sacramento Office Evidence Vault | CASE NO. 2:21-sw-0708 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: September 9, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE